**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TELIESHA MOORE** <br> 18278 Rolling Meadow Way, Olney, MD 20832 <br><br> Plaintiff <br><br> v. <br><br> **COSTCO WHOLESALE CORPORATION** <br> 999 Lake Drive <br> Issaquah, Washington 98027 <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br><br> * <br> * <br> * <br> * <br> * <br> * <br> * |

Case No.: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

Now comes Teliesha Moore ("Plaintiff") through her attorney, Justin Eisele, and sues Costco Wholesale Corporation ("Defendant") and states the following in support:

**JURISDICTION AND PARTIES**

1. Plaintiff is a resident of Montgomery County, Maryland.

2. Plaintiff brings here complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

3. Defendant Costco Wholesale Corporation (hereafter "Costco") is incorporated in the State of Washington, where it maintains its principal business place. It owns and operates a store in Owings Mills, Maryland.

4. Costco is a large commercial merchant that owns and operates numerous warehouse club stores throughout the United States. It offers memberships to the public that allow them to shop and purchase a wide array of goods and services for a membership fee.

1

## FACTS COMMON TO ALL COUNTS

5. On February 27, 2022, Ms. Moore went to the Costco store at Owings Mills to purchase various household items. She was with her three children, who were, at the time, seven, nine, and thirteen years old. Her female partner was also with her. When she got to the self-checkout line, she had to ask an employee for assistance because she did not have a barcode to ring up her muffins. In addition to her purchases on that date, she paid to renew her Costco membership. After she finished checking out and got her receipt, she and her family stopped in the cafe area for a quick bite because they had a long drive home.

6. After eating, around 5:40 pm that day, she was unlawfully detained/imprisoned by Costco employee, Shaneka. Shaneka briefly glanced at the receipts of the patrons in front of Ms. Moore, but when it came to Ms. Moore, she proceeded to take items out of her cart, insinuating that she had something to hide. Ms. Moore asked her if she was done and explained that she did not have all day to stand there. Shaneka became rude and irate and continued humiliating Ms. Moore in front of her children and other shoppers. After telling her she didn't steal anything, Ms. Moore attempted to leave. Shaneka grabbed her shopping cart and pulled it forcefully while Ms. Moore's children were holding on, terrified and crying hysterically. There were a few minutes of tug-of- war in which Ms. Moore repeatedly yelled for help and for Shaneka to let her go. Ms. Moore begged her to stop, said that she was scaring her children and because they were holding onto the cart, Ms. Moore did not want them to get hurt. Shaneka persisted on detaining Ms. Moore

7. Around 5:45 pm, more Costco employees came out after hearing about the commotion. The responding employees were: Nate (manager), Steve and Bhanu. They very briefly heard Ms. Moore's side of the story, Nate refused to refund my items, cancel my membership, and give me a refund for the renewal Ms. Moore had just paid for.

8. At 5:48 pm, Ms. Moore's family and her family were able to finally exit Costco after being forcefully held against her will.

## COUNT ONE

### (False Imprisonment)

9. Plaintiff hereby repeats, realleges and incorporates by reference herein each and every relevant allegation in Paragraphs one through fourteen, supra, and in addition, alleges:

10. Defendant either directly or indirectly falsely imprisoned, intentionally and maliciously restricted the freedom of movement, detained, hampered and/or harassed Plaintiff without Plaintiff's consent and against her will when, among other things, Defendant through its employees in the regular course of business restrained her liberty without sufficient proof. The detention, confinement and restriction lasted for a measureable period of time.

11. Plaintiff was at all times aware of the detention, confinement and restriction of her movement.

12. As a direct and proximate result of the false imprisonment committed by the Defendant, Plaintiff has suffered mental pain and suffering, fright, nervousness, indignity, humiliation, embarrassment, insomnia, harm, anxiety, anger, confusion and insult.

13. Defendant's conduct was outrageous, and in light of the risks and dangers which were known or should have been known, Defendants' conduct indicated a disregard for the rights and safety of others including Plaintiff, and showed a conscious indifference to the consequences

14. Ms. Moore did not steal or attempt to steal any item from Costco that day.

15. Costco had no lawful reason to detain Ms. Moore or falsely imprison her unlawfully.

16. No police arrested her for theft, attempted theft, or shoplifting because no such crime occurred, and there was no probable cause or reasonable suspicion to believe that Ms. Moore was in the process of committing any crime.

17. The actions of Costco's employees were committed within the scope of their employment for Costco.

18. The accusation of alleged theft or heft made by one or more the employees of the Costco store at Owings Mills caused Ms. Moore to be unlawfully detained without her consent and deprived her of her lawful liberty without legal justification. She suffered harm and damages as previously alleged.

19. Plaintiff hereby repeats, realleges and incorporates by reference herein each and every relevant allegation in Paragraphs one through twenty, supra, and in addition, alleges:

20. Defendant. at all times had a duty to the general public, including Plaintiff, to operate its store with due care and caution, and in a prudent manner so as not to cause physical, mental or emotional injury to the general public and to customers, including Plaintiff when, among other things, Defendant kept Plaintiff from leaving without harm; search Plaintiff's bags; and question Plaintiff after she witnessed Plaintiff pay for her purchases.

21. Notwithstanding these duties, the Defendant breached its duties; failed to act with due care and caution and In a prudent manner; and acted in a careless, reckless and wanton manner to cause injury to Plaintiff.

22. As a direct and proximate result of the false imprisonment and negligence committed by the Defendant, Plaintiff has suffered mental and emotional pain and suffering,

fright, nervousness, indignity, humiliation, insomnia, harm, embarrassment, anxiety, anger, confusion and insult.

23. Defendant's conduct was outrageous, and in light of the risks and dangers which were known or should have been known, Defendant's conduct indicated a disregard for the rights and safety of others, including Plaintiff, and showed a conscious indifference to the consequences.

WHEREFORE, Plaintiff demands judgment under each count against Defendant Costco Wholesale Corporation for $2,000,000 in compensatory damages and additional punitive damages sufficient to deter and punish the defendant Costco's tortious conduct.

/s/   Justin Eisele

Seddiq Law Firm
*Attorney for Plaintiffs*
100 South Washington Street
Rockville, Maryland 20850
(301) 513-7832

## **DEMAND FOR JURY TRIAL**

The plaintiff demands a trial by jury.

/s/
Justin Eisele